# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Susan Vitello

                        Plaintiff,

v.                                              Case No.: 1:10–cv–02394
                                             Honorable Blanche M. Manning

Predicto Mobile, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 15, 2010:

      MINUTE entry before Honorable Blanche M. Manning: The parties agree that certain discovery must proceed before the court can consider plaintiff's motion to certify class. That motion [14] is thus denied without prejudice. The defendants' motion for extension of time to respond to the class certification motion [25] is thus denied as unnecessary.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.