**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| SUSAN VITELLO, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 10-cv-2394 |
| vs. | ) | |
| | ) | Judge Manning |
| PREDICTO MOBILE LLC., | ) | |
| and JOHN DOES, 1-10, | ) | Magistrate Judge Mason |
| Defendants. | ) | |
| | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.      **Meeting.**  Pursuant to FED. R. CIV. P. 26(f) and LR26.1, a meeting was held on August 26, 2010 in Chicago via teleconference and was attended by:

> Zachary Jacobs, counsel for plaintiff Susan Vitello ("Plaintiff" or "Vitello"), and
>
> Christine Wawrynek, counsel for defendant Predicto Mobile LLC ("Predicto").

2.      **Preliminary Statement.**  During the meeting, counsel discussed that Predicto has entered into an agreement to participate in a national class action settlement which may impact the instant action in that Plaintiff Vitello may be a member of the settlement class.  The parties discussed Plaintiff's likely opting out of said class to pursue an individual claim in the present matter, at which time Plaintiff will voluntarily dismiss the class action allegations in her Class Action Complaint against Predicto.  The parties are discussing the possibility of an individual settlement and therefore jointly request that the Court defer setting a discovery schedule for an additional thirty (30) days.

3.      **Pre-trial Schedule.**  In the event the parties do not reach a settlement, the parties jointly propose to the Court the following discovery plan:

a.    Discovery will be needed on the following subjects:

*For Plaintiff Susan Vitello:*

Whether Predicto or an agent of Predicto sent the messages at issue; Predicto's practices and policies regarding compliance with the TCPA and the ICFA.

*For Defendant Predicto:*

In the event Vitello does not voluntarily dismiss the class action allegations in her Class Action Complaint against Predicto, whether this matter is appropriate to proceed as a class action; whether Vitello is an appropriate class representative; and otherwise whether Vitello subscribed for Predicto's services or consented to or authorized such subscription; whether Vitello and Predicto have a prior relationship; and whether Vitello authorized the text message call(s) she alleges she received from Predicto.

b.    Disclosures pursuant to FED. R. CIV. P. 26(a)(1) to be made by September 30, 2010. All discovery to be commenced in time to be completed by February 28, 2011.

c.    The parties expect they will need approximately five depositions each.

d.    Reports from retained experts under Rule 26(a)(2) due:

from plaintiff by December 30, 2010 (Identity of plaintiff's experts disclosed by November 30, 2010).

from defendants by January 14, 2011 (Identity of defendants' experts disclosed by December 15, 2010).

e.    Parties shall be allowed until February 15, 2011 to join additional parties and to amend the pleadings.

f.    All potentially dispositive motions shall be filed by March 28, 2011.

g.      Final pretrial order: Plaintiff to prepare proposed draft by June 27, 2011; parties to file joint final pretrial order by July 11, 2011.  The parties anticipate that these dates may change depending on the dispositive motions filed and the Court's schedule for ruling on dispositive motions.

h.      The case shall be ready for trial by August 2011; at this time trial is expected to take approximately five trial days.

4.      **Settlement.**  The parties are currently engaging in substantive settlement discussions.

5.      **Consent.**  The parties do not consent unanimously to proceed before a Magistrate Judge.

Respectfully submitted,

/s/ Zachary A. Jacobs
Zachary A. Jacobs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
     & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**<u>CERTIFICATE OF SERVICE</u>**

I, Zachary A. Jacobs, hereby certify that on August 27, 2010,  I had the foregoing document filed via CM/ECF, which sent notification of such filing to the following parties:

Elizabeth Elmore ([eelmore@grippoelden.com](mailto:eelmore@grippoelden.com))

Michael P. Conway ([mconway@grippoelden.com](mailto:mconway@grippoelden.com))

Christine Wawrynek (cwawrynek@kleinzelman.com)

<u>s/Zachary A. Jacobs</u>
Zachary A. Jacobs
